

# Fourth Court of Appeals
## San Antonio, Texas

July 6, 2015

No. 04-14-00263-CV

**IN THE INTEREST OF H.O.,** a Child,

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-EM5-01553
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Appellant's second motion for extension of time to file a motion for rehearing is GRANTED. Appellant's motion for rehearing, if any, is due on July 31, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court